# IN THE SUPREME COURT OF THE STATE OF NEVADA

NOMAN QADRI,
Appellant,
vs.
SAAD KHALIL; YASSER MAHDY; AND
MUSTAFA MAHDY,
Respondents.

No. 82312

FILED

JAN 27 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This appeal was docketed on January 12, 2021, without payment of the requisite filing fee. *See* NRAP 3(e). That same day, this court issued a notice directing appellant to pay the required filing fee or demonstrate compliance with NRAP 24 within 10 days. The notice advised that failure to comply would result in the dismissal of this appeal. To date, appellant has not paid the filing fee or otherwise responded to this court's notice. Accordingly, this appeal is dismissed. *See* NRAP 3(a)(2).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc: Hon. Joanna Kishner, District Judge
Flangas Civil Law Firm, Ltd.
Gallian Welker & Beckstrom, LC/Las Vegas
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

21-02491